DIEPENBROCK & COTTER, LLP
ANTHONY C. DIEPENBROCK, State Bar No. 038333
JOHN P. COTTER, State Bar No. 158753
PAUL R. COTTER, State Bar No. 180685
ANTHONY R. ROSSMILLER, State Bar No. 215652
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
AMTECK OF KENTUCKY, INC. d.b.a. KENTUCKY AMTECK, INC. (Erroneously sued as "AMTECK"); THE HASKELL COMPANY d.b.a. THE HASKELL COMPANY OF FLORIDA (Erroneously sued as "HASKELL")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNALDO SALINAS and ISABEL SALINAS ,<br><br>Plaintiffs,<br><br>vs.<br><br>AMTECK, CALIFORNIA HIGH REACH & EQUIPMENT RENTAL, INC., HASKELL, FOSTER'S WINE ESTATES, and Does 1-50,<br><br>Defendants. | CASE NO. 3:07-cv-02331-EMC<br><br>**STIPULATION AND ORDER FOR REMAND TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF NAPA** ; ORDER |

This is a personal injury lawsuit originally filed in the Superior Court of California, County of Napa. The matter was removed to the United States District Court, Northern District of California by defendants AMTECK OF KENTUCKY, INC. d.b.a. KENTUCKY AMTECK, INC.; and THE HASKELL COMPANY d.b.a. THE HASKELL COMPANY OF FLORIDA based on diversity of citizenship.

Since removal of this action to the United States District Court, a counsel for removing defendants have engaged in a meet-and-confer conference with plaintiffs' counsel. Therein, the parties agreed that the subject removal was defective for lack of jurisdiction under U.S.C. 1441(b) based on the prior service of defendant CALIFORNIA HIGH REACH AND EQUIPMENT RENTAL, INC.

Accordingly, the parties request and agree to the remand of this case to the Superior Court of the State of California, County of Napa. Defendants AMTECK OF KENTUCKY, INC. d.b.a. KENTUCKY AMTECK, INC.; and THE HASKELL COMPANY d.b.a. THE HASKELL COMPANY OF FLORIDA agree to incur any costs or fees associated with the remand to State Court.

The parties further agree that a facsimile signature will have the same force and effect as an original.

DATED: May 10th, 2007

FARRAR & BALL, LLP

By: [signature]
WESLEY TODD BALL
Attorneys for Plaintiffs
RAYNALDO SALINAS, ISABEL SALINAS

///

///

///

///

///

///

Received: May 18 2007 04:50pm
05-18-07 02:53pm From-LEWIS BRISBOIS BISGAARD & SMITH LLP 4154340882 T-230 P.03/04 F-882

Since removal of this action to the United States District Court, a counsel for removing defendants have engaged in a meet-and-confer conference with plaintiffs' counsel. Therein, the parties agreed that the subject removal was defective for lack of jurisdiction under U.S.C. 1441(b) based on the prior service of defendant CALIFORNIA HIGH REACH AND EQUIPMENT RENTAL, INC.

Accordingly, the parties request and agree to the remand of this case to the Superior Court of the State of California, County of Napa. Defendants AMTECK OF KENTUCKY, INC. d.b.a. KENTUCKY AMTECK, INC.; and THE HASKELL COMPANY d.b.a. THE HASKELL COMPANY OF FLORIDA agree to incur any costs or fees associated with the remand to State Court.

The parties further agree that a facsimile signature will have the same force and effect as an original.

DATED: May____, 2007

FARRAR & BALL, LLP

By: ______________________
WESLEY TODD BALL
Attorneys for Plaintiffs
RAYNALDO SALINAS, ISABEL SALINAS

DATED: May 18, 2007

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By: ______________________
WILLIAM P. BURANICH
Attorneys for Defendant
CALIFORNIA HIGH REACH & EQUIPMENT RENTAL, INC.

Case 3:07-cv-02333-MMC Document 6 Filed 05/22/2007 Page 4 of 5

DATED: May____, 2007

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By: ______________________________
WILLIAM P. BURANICH
Attorneys for Defendant
CALIFORNIA HIGH REACH & EQUIPMENT RENTAL, INC.

DATED: May 21, 2007

DIEPENBROCK & COTTER, LLP

By: /s/ John P. Cotter
______________________________

ANTHONY C. DIEPENBROCK,
JOHN P. COTTER
PAUL R. COTTER
ANTHONY R. ROSSMILLER
Attorneys for Defendants
AMTECK OF KENTUCKY, INC. d.b.a. KENTUCKY AMTECK, INC.; THE HASKELL COMPANY d.b.a. THE HASKELL COMPANY OF FLORIDA

///

///

///

//.

ORDER

Based on the stipulation of the parties, the current circumstances of the case as reported by parties, and good cause appearing, it is hereby ordered that this matter is remanded to the Superior Court of California, County of Napa.

DATED: May 29, 2007

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

EDWARD
MAGISTRA
UNITED ST

C:\Documents and Settings\wball\Local Settings\Temporary Internet Files\OLK1\stip-ord-remand.wpd

STIPULATION AND ORDER FOR REMAND
- 4 -