DIEPENBROCK & COTTER, LLP
ANTHONY C. DIEPENBROCK, State Bar No. 038333
JOHN P. COTTER, State Bar No. 158753
PAUL R. COTTER, State Bar No. 180685
ANTHONY R. ROSSMILLER, State Bar No. 215652
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
AMTECK OF KENTUCKY, INC. d.b.a. KENTUCKY AMTECK, INC. (Erroneously sued as "AMTECK"); THE HASKELL COMPANY d.b.a. THE HASKELL COMPANY OF FLORIDA (Erroneously sued as "HASKELL")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNALDO SALINAS and ISABEL SALINAS, <br><br> Plaintiffs, <br><br> vs. <br><br> AMTECK, CALIFORNIA HIGH REACH & EQUIPMENT RENTAL, INC., HASKELL, FOSTER'S WINE ESTATES, and Does 1-50, <br><br> Defendants. | CASE NO. 3:07-cv-02331-EMC <br><br> **[PROPOSED] ORDER REMANDING CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF NAPA** |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:

Since removal of this action to the United States District Court, a counsel for removing defendants have engaged in a meet-and-confer conference with plaintiffs' counsel. Therein, the parties agreed that the subject removal was defective for lack of jurisdiction under U.S.C. 1441(b) based on the prior service of defendant CALIFORNIA

HIGH REACH AND EQUIPMENT RENTAL, INC. and have stipulated to the remand of this case to the Superior Court of the State of California, County of Napa.

Based on the stipulation of the parties, the current circumstances of the case as reported by parties, and good cause appearing, it is hereby ordered that this matter is remanded to the Superior Court of California, County of Napa.

DATED: May 29, 2007



H:\DEEP SOUTH\Salinas\Pleadings\proposed-ord-remand.wpd